# EXHIBIT 1

**Freedom Law Firm**
**Van Norden, Donna v. Blackwater Legal Group**
**2:22-cv-01814-JAD-EJY**

| Date | Staff | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| **Gerardo Avalos** | | | | | |
| 10/28/2022 | GA | Finalized initial pleading docs and filed case | 3.7 | $325.00 | $1,192.75 |
| 11/1/2022 | GA | Reviewed file, Email to Client regarding Case update | 0.3 | $350.00 | $105.00 |
| 2/13/2023 | GA | Email to Client regarding Default | 0.1 | $350.00 | $42.00 |
| 10/3/2023 | GA | Prepared and Filed Motion for Entry of Clerk's Default | 1.2 | $350.00 | $420.00 |
| 2/22/2024 | GA | Reviewed file, Research, Prepared Motion for Default, Declarations and Exhibits | 2.3 | $350.00 | $805.00 |
| | | **Gerardo Avalos Total:** | **7.6** | $350.00 | $2,564.75 |
| **George Haines** | | | | | |
| 9/13/2022 | GH | Initial consult & prepared retainer | 0.3 | $525.00 | $157.50 |
| 7/12/2022 | GH | Research, Review Evidence & Prepare Complaint | 0.7 | $525.00 | $367.50 |
| 10/27/2022 | GH | Email communications with client | 0.3 | $525.00 | $157.50 |
| | | **George Haines Total:** | **1.3** | $525.00 | $682.50 |
| | | **FLF Total:** | 8.9 | | $3,247.25 |